**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-CV-2308

MAHA SULEIMAN

      Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK;
NEW WESTDALE HOMEOWNERS ASSOCIATION, INC.;
WESTDALE ASSET MANAGEMENT, LTD;
WESTDALE CHERRY CREEK CO, L.L.C.;
WESTDALE CHERRY CREEK GP, L.L.C.

      Defendants.

---

## NOTICE OF REMOVAL

Defendants, Westdale Asset Management, Ltd., Westdale Cherry Creek CO, LLC, and Westdale Cherry Creek GP, LLC, (collectively the "Westdale Defendants"), by and through counsel, Treece Alfrey Musat P.C., without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure, hereby give notice of the removal of this civil action from the District Court of Arapahoe County, State of Colorado, to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1441 *et seq.* The grounds for removal are as follows:

1.      On April 29, 2022, a civil action captioned *Maha Suleiman vs. Reflections at Cherry Creek; New Westdale Homeowners Association, Inc., Westdale Asset Management, Ltd., Westdale Cherry Creek Co, L.L.C., and Westdale Cherry Creek GP, L.L.C.*, Civil Action No.

2022CV30766, (the "State Court Action"), was filed in the District Court of Arapahoe County, State of Colorado.

2.      The State Court Action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* in that:

(a)      Plaintiff Maha Suleiman is an individual citizen of the State of Colorado. *See* Complaint, p. 1, attached hereto as **Ex. A**.

(b)      Defendant, Reflections at Cherry Creek is not a legal entity and therefore has no citizenship or residence.

(c)      Defendant New Westdale Homeowners Association, Inc. is a corporation unknown to the Westdale Defendants and an improperly listed party to this action.

(d)      Defendant, Westdale Asset Management, Ltd., is a corporation organized under the laws of Texas with a principal place of business in Texas.

(e)      Defendant, Westdale Cherry Creek CO, LLC, is a corporation organized under the laws of Texas with a principal place of business in Texas.

(f)      Defendant, Westdale Cherry Creek GP, LLC, is a corporation organized under the laws of Texas with a principal place of business in Texas.

3.      Copies of all papers filed in the State Court Action, which consist of the Complaint **(Ex. A)**, Civil Case Cover Sheet **(Ex. B)**, Return of Service on Westdale Asset Management, Ltd. **(Ex. C)**, Return of Service on Westdale Cherry Creek CO, LLC **(Ex. D)**, Return of Service on Westdale Cherry Creek GP, LLC **(Ex. E)**, Delay Reduction Order **(Ex. F)**,

Plaintiff's Request for Extension of Time to Perfect Service (**Ex. G**), Order Granting Plaintiff's Request for Extension of Time to Perfect Service (**Ex. H**), Notice and Motion to Withdraw from Representation (**Ex. I**), are all attached hereto. A copy of the Register of Actions in the State Court Action is also attached hereto as **Ex. J**.

4.      Based upon the allegations pleaded in the State Court Action Complaint, the injuries alleged, pre-suit discussions with counsel and the amount Plaintiff places in controversy in this action is at least $100,000.  *See* Civil Case Cover Sheet (**Ex. B,** p. 2). In particular, Plaintiff alleges that she is seeking a monetary judgment in excess of $100,000, including noneconomic damages, physical impairment, and disfigurement damages.  *Id.; see also* **Ex. A.** Plaintiff's claimed damages and recovery sought place the amount in controversy in this action above the jurisdictional threshold of $75,000.00.  As a result, original jurisdiction exists in the federal courts under 28 U.S.C. § 1332.

5.      Removal to this District is proper under 28 U.S.C. § 1441(a) because it embraces the place where the action is pending.

6.      The State Court Action was served on the Westdale Defendants on August 17, 2022. *See* **Exs. C, D and E**. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of when Westdale Defendants received a copy of the initial Complaint.

7.      True and correct copies of the Notice of Removal, with accompanying exhibits, and a separate Notice to State Court of Removal of Civil Action have been served upon Plaintiff's counsel and filed with the clerk of the District Court of Arapahoe County, State of Colorado, in accordance with the provisions of 28 U.S.C. § 1446(d).

8.    In filing this notice, Westdale Defendants do not waive any defenses available to them in this action.

FOR THESE REASONS, Westdale Defendants respectfully give Notice of Removal from the District Court of Arapahoe County, State of Colorado, to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted this 7th day of September, 2022.

TREECE ALFREY MUSAT P.C.

*s/ Kathleen J. Johnson*
Kathleen J. Johnson, Reg. No. 44524
Rachelle J. Veikune, Reg. No. 51810
633 17th Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 292-2700
Facsimile:  (303) 295-0414
Email: kjohnson@tamlegal.com;
rveikune@tamlegal.com
*Attorneys for Defendants, Westdale Asset*
*Management, Ltd., Westdale Cherry Creek CO,*
*LLC, and Westdale Cherry Creek GP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2022, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following addresses:

Dallas D. Norton – dallas@westernstateslaw.com
Kristofer D.A. Hofstra - kris@westernstateslaw.com
WESTERN STATES LAW, P.C.
14202 E. Evans Avenue
Aurora, CO 80014

I hereby certify that on this 7th day of September, 2022, I presented a copy of the foregoing to the Clerk of the District Court of Arapahoe County, State of Colorado, for filing, via electronic means, addressed to the following:

Arapahoe County District Court
7325 S. Potomac Street, #100
Centennial, CO 80112

*/s Victoria Reimche*
Victoria Reimche