**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-2308-RMR-NRN**

MAHA SULEIMAN,

       Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK; NEW WESTDALE HOMEOWNERS ASSOCIATION, INC.; WESTDALE ASSET MANAGEMNET, LTD.; WESTDALE CHERRY CREEK CO, L.L.C.; & WESTDALE CHERRY CREEK GP, L.L.C.,

       Defendants.

---

**[PROPOSED] ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 2(b)(1) AND LAttyR 5(a)**

---

PURSUANT to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice and for good cause shown, the Motion for Panel Appointment Under the Federal Limited Appearance Program ("FLAP") filed by Mitchell A. Reid, Esq. [filed April 11, 2023 ; ECF No.31] is **GRANTED**. Mr. Reid may represent Plaintiff Maha Suleiman for the limited purpose of appearing as Plaintiff's representative during settlement negotiations during any Settlement Conference ordered by the Court.

At the conclusion of this limited representation, Mr. Reid shall file a motion for leave to withdraw from providing limited scope representation.

DATED at Denver, Colorado, this __ day of _____, 2023.

BY THE COURT:

_____
N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE