UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-2308-RMR-NRN

MAHA SULEIMAN,

       Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK; NEW WESTDALE HOMEOWNERS ASSOCIATION, INC.; WESTDALE ASSET MANAGEMNET, LTD.; WESTDALE CHERRY CREEK CO, L.L.C.; & WESTDALE CHERRY CREEK GP, L.L.C.,

       Defendants.

### ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:   **MAHA SULEIMAN**

    Undersigned counsel seeks to enter a limited appearance to represent the *pro se* party in this action at her request for the limited purpose of serving as Plaintiff's representative during settlement negotiations during any Settlement Conference ordered by the Court.

    I hereby certify that my client(s), Plaintiff Maha Suleiman, approve(s) the limited representation.

Dated: April 11, 2023          Respectfully submitted,

                 *s/ Mitchell A. Reid*
                 Mitchell A. Reid
                 Colorado Bar No. 52470
                 Spencer Fane LLP
                 1700 Lincoln St., Suite 2000
                 Denver, CO 80203
                 Telephone:     (303) 839-3800
                 Facsimile:      (303) 839-3838
                 Email: mreid@spencerfane.com

                 *Limited Appearance Counsel*
                 *for Plaintiff Maha Suleiman*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on April 11, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Maha Suleiman**
  msuleiman62027@gmail.com
- **Kathleen J. Johnson**
  kjohnson@tamlegal.com
- **Rachelle J. Veikune**
  rveikune@tamlegal.com
- **Mitchell Allen Reid**
  mreid@spencerfane.com, mlopez@spencerfane.com

                 *s/ Mitchell A. Reid*
                 Mitchell A. Reid