IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02308-RMR-NRN

MAHA SULEIMAN,

Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK;
NEW WESTDALE HOMEOWNER ASSOCIATION, INC.;
WESTDALE ASSET MANAGEMENT, LTD.;
WESTDALE CHERRY CREEK CO, L.L.C.;
WESTDALE CHERRY CREEK GP, L.L.C.;

Defendants.

## ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION

**N. Reid Neureiter**
**United States Magistrate Judge**

Finding good cause, it is hereby ORDERED that the Motion for Panel Appointment Under the Federal Limited Appearance Program ("FLAP") (Dkt. #31) is GRANTED. Mitchell A. Reid, Esq. may provide limited representation of Ms. Suleiman for the purpose of representing her at the upcoming Status Conference and the Settlement Conference to be set in this matter.

It is further ORDERED that the Entry of Appearance to Provide Limited Representation (Dkt. #32) is approved. At the conclusion of this limited representation, Mr. Reid shall file a motion for leave to withdraw from providing limited Scope Representation.

At the request of the parties, it is further ORDERED that the Status Conference set on April 13, 2023 at 10:30 a.m. is VACATED and RESET on April 18, 2023 at 2:30 p.m. The parties are directed to call the conference line as a participant at

(888) 398-2342, Access Code 5755390# five minutes before the scheduled time.

Though Ms. Suleiman is now represented by FLAP counsel, she must also attend the telephonic Status Conference.

Dated: April 12, 2023  
Denver, Colorado

_____  
N. Reid Neureiter  
United States Magistrate Judge