IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02308-RMR-NRN

MAHA SULEIMAN,

Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK;
NEW WESTDALE HOMEOWNER ASSOCIATION, INC.;
WESTDALE ASSET MANAGEMENT, LTD.;
WESTDALE CHERRY CREEK CO, L.L.C.;
WESTDALE CHERRY CREEK GP, L.L.C.;

Defendants.

## AMENDED MINUTE ORDER[1]

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that a telephonic Status Conference is Set in this matter on May 31, 2023 at 3:00 p.m. The purpose of the Status Conference is to set a date certain by which Ms. Suleiman shall retain counsel and to set a follow-up Scheduling Conference.

    Pending the Status Conference, all deadlines in this matter are STAYED.

    The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# five minutes before the scheduled time.

Date: May 19, 2023

---

[1] This Amended Minute Order amends and supersedes the Minute Order entered on May 15, 2023 (Dkt. #41).