# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:22-CV-02308-RMR-NRN**

MAHA SULEIMAN

    Plaintiff,

v.

REFLECTIONS AT CHERRY CREEK;
NEW WESTDALE HOMEOWNERS ASSOCIATION, INC.;
WESTDALE ASSET MANAGEMENT, LTD;
WESTDALE CHERRY CREEK CO, L.L.C.;
WESTDALE CHERRY CREEK GP, L.L.C.

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR WESTDALE DEFENDANTS

Rachelle J. Veikune of Treece Alfrey Musat P.C., attorney for Defendants, Westdale Asset Management, Ltd., Westdale Cherry Creek CO, LLC, and Westdale Cherry Creek GP, LLC, (collectively the "Westdale Defendants"), respectfully request permission to withdraw as counsel of record for Westdale Defendants in this action. This Motion is filed pursuant to D.C.COLO.LAttyR 5(b). In support of this Motion, and as required by the Rule, counsel state as follows:

    1.    Ms. Veikune is leaving the firm of Treece Alfrey Musat PC.

    2.    Kathleen J. Johnson of Treece Alfrey Musat PC will continue as counsel for Westdale Defendants.

WHEREFORE, Rachelle J. Veikune requests that this Court enter an order allowing her to withdraw as counsel for Defendants, Westdale Asset Management, Ltd., Westdale Cherry Creek CO, LLC, and Westdale Cherry Creek GP, LLC in this action, and that she be removed from the CM/ECF system regarding this matter.

Respectfully submitted this 31st day of May, 2023.

                         TREECE ALFREY MUSAT P.C.

                         *s/ Rachelle J. Veikune, original signature on file*
Kathleen J. Johnson, Reg. No. 44524
Rachelle J. Veikune, Reg. No. 51810
633 17th Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 292-2700
Facsimile:  (303) 295-0414
Email: kjohnson@tamlegal.com;
rveikune@tamlegal.com
*Attorneys for Defendants, Westdale Asset Management, Ltd., Westdale Cherry Creek CO, LLC, and Westdale Cherry Creek GP, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following addresses:

Maha Suleiman
1755 S Beeler St., Unit 4C
Denver, CO 80247-2902
*Pro-Se Plaintiff*

                         *s/ Victoria Reimche*
Victoria Reimche