IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-02308-RMR-NRN | Date:  May 31, 2023 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| MAHA SULEIMAN, | *Pro se* |
|     Plaintiff, | |
| v. | |
| RELECTIONS AT CHERRY CREEK; NEW WESTDALE HOMEOWNERS ASSOCIATION, INC.; WESTDALE ASSET MANAGEMENT LTD.; WESTDALE CHERRY CREEK CO, L.L.C.; & WESTDALE CHERRY CREEK GP, L.L.C., | Kathleen Johnson |
|     Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**3:00 p.m.     Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

Status of the case is discussed. Plaintiff explains her efforts to try to retain counsel.

Discussion regarding Mr. Reid's Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO. LAttyR 5(b) (Dkt. #43).

For the reasons stated on the record, it is

**ORDERED:**  Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO. LAttyR 5(b) (Dkt. #43) is GRANTED.

**ORDERED:**  Plaintiff shall have up to June 23, 2023 to retain counsel.

**ORDERED:** A telephonic **Status Conference** is set for June 29, 2023 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.**Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**3:07 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:07

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.