IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 22-cv-02308-RMR-NRN      Date:  June 29, 2023
Courtroom Deputy: Román Villa           FTR:   Courtroom C203

| _Parties:_ | _Counsel:_ |
|---|---|
| MAHA SULEIMAN, | _Pro se_ |
| Plaintiff, | |
| v. | |
| REFLECTIONS AT CHERRY CREEK; | Kathleen Johnson |
| NEW WESTDALE HOMEOWNER ASSOCIATION, INC.; | |
| WESTDALE ASSET MANAGEMENT, LTD.; | |
| WESTDALE CHERRY CREEK CO, L.L.C.; | |
| WESTDALE CHERRY CREEK GP, L.L.C., | |
| Defendants. | |

### COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**1:58 p.m.      Court in session.**

Court calls case. Appearances of Plaintiff and Defense Counsel. Preliminary remarks by the Court. Plaintiff requests to speak privately with Magistrate Judge Neureiter. Defense Counsel does not object.

**2:01 p.m.      Court in recess.**
**2:05 p.m.      Court in session.**

Discussion held regarding how the case will proceed. Court will extend case deadlines as follows:

Initial Disclosures shall be made on or before August 25, 2023.

Joinder of Parties/Amendment to Pleadings: September 20, 2023.

Discovery Cut-off: March 22, 2024.

Dispositive Motions: April 22, 2024

Disclosure of Affirmative Experts: January 15, 2024

Disclosure of Rebuttal Experts: February 16, 2024

Plaintiff makes oral motion for appointment of counsel.

**ORDERED:**  Plaintiff's oral Motion for Appointment of Counsel is TAKEN UNDER ADVISEMENT.

**ORDERED:**  A telephonic **Status Conference** is set for September 18, 2023 at 10:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**2:18 p.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:16

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.