IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-02308-RMR-NRN | Date:  September 18, 2023 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

| _Parties:_ | _Counsel:_ |
|---|---|
| MAHA SULEIMAN, | *Pro se* |
| Plaintiff, | |
| v. | |
| REFLECTIONS AT CHERRY CREEK;<br>NEW WESTDALE HOMEOWNER ASSOCIATION, INC.;<br>WESTDALE ASSET MANAGEMENT, LTD.;<br>WESTDALE CHERRY CREEK CO, L.L.C.;<br>WESTDALE CHERRY CREEK GP, L.L.C., | Kathleen Johnson |
| Defendant. | |

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**10:02 a.m.    Court in session.**

Court calls case. Appearances of Plaintiff and Defense Counsel. Preliminary remarks by the Court.

Status of the case is discussed.  Ms. Suleiman provides her email address to the court: Msuleiman62027@gmail.com.

**ORDERED:** Telephonic **Status Conference** is set for **January 10, 2024 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**10:16 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.